United States Bankruptcy Court
WESTERN DISTRICT OF TENNESSEE
CHAPTER 13

In Re:  William Brown                                           Chapter 13

Debtor(s)                                                       14-22408

Debtor(s): (H) William Brown                         SSN:   4982

Address:      3449 Lockwood St
              Memphis, TN 38128

Plan Payment: Debtor(s) to pay $1350 monthly
Payroll Deduction ( )  or Direct (X) Because:

Administrative: Pay fining fee, Trustee's fee, and debtor's attorney fee, pursuant to Court
Order

|                              | Amount of | Rate of     | Monthly Plan Pmt. |
|------------------------------|-----------|-------------|-------------------|
| Auto Insurance: (X) Not included in Plan ( ) Included in Plan | | | $_____ |

| Creditor | Amount of Claim | Rate of Interest | |
|----------|-----------------|------------------|--|
| Priority: _____ | $_____ | _____% | $_____ |
| Class I: _____ | $_____ | _____% | $_____ |

Home Mortgage: If no arrearage, ongoing payments are to be made directly by the debtor(s).

Bayview Mortgage           ongoing pmt. Begin   May 2014      $930.00
              Approx. arrearage $4,800.00        Interest 0.0%        $80.00

| Secured Creditors (retain lien 11 U.S.C. Section 1325(a)(5) | Value Collateral | Rate of Interest | Monthly Plan Pmt. |
|---|---|---|---|
| American Credit | $8,000.00 | 5.25 % | $152.00 |
| City Direct | $6,000.00 | 5.25 % | $115.00 |
| Royal Furniture | $2,400.00 | 5.25 % | $46.00 |

Unsecured Creditors**: Pay TBA% of these claims after above claims are paid;
Estimated Total Unsecured, Non-Priority Debt:     $78,778.00
Termination: Plan shall terminate upon payment of the above, approximately 60 months.
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR
MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE
DEEMED ACCEPTANCE  OF PLAN.
**Absent a specific court order stating otherwise, all claims, other than those specifically
provided for above, shall be paid as general unsecured debts.