**Dated: June 20, 2014**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

IT536

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                              Chapter 13
WILLIAM D BROWN
Debtor(s)                                           Case No. 14-22408-E
SSN(1) XXX-XX-4982

_____

ORDER DIRECTING DEBTOR(S) TO MAKE PAYMENTS TO TRUSTEE
_____

In this cause, a Chapter 13 plan has been filed by the above named debtor(s) and Sylvia Ford Brown has been appointed Trustee;

IT IS THEREFORE ORDERED AND DECREED, that you begin to pay the sum $1,350.00 MONTHLY beginning on your next payday to:

Sylvia Ford Brown
Chapter 13 Trustee
P.O. Box 1924
Memphis, TN  38101-1924

Any correspondence, other than payments, shall be sent to 200 Jefferson Avenue, Ste. 1113, Memphis, TN 38103.

/s/ Sylvia Ford Brown
Trustee

CC:   Sylvia Ford Brown
LR
      WILLIAM D BROWN
      3449 LOCKWOOD STREET
      MEMPHIS, TN  38128

      JOHN E DUNLAP ATTORNEY